JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 08-05282 SJO (AGRx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| $4,000,000 IN U.S. CURRENCY, | |
| Defendant. | |

Plaintiff United States of America (the "Government") filed its Verified Complaint for Forfeiture on August 12, 2008. Notice of this action has been given in the manner required by law, and no claimants filed a claim or an answer to defend his or her interest, if any, in the Defendant $4,000,000 in U.S. currency (the "defendant currency"). Default has been entered against Michelle Ciccarelli, William Lerach, and all other potential claimants to the defendant currency. Accordingly, defendant currency is forfeited to the Government, which the Government shall dispose of according to law.

IT IS SO ADJUDGED.

Dated this 6th day of March, 2009.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE